UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| WILLIAM BRYAN POLSTON, ) <br> # 794019, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CATHLEEN STODDARD, ) <br> ) <br> Respondent. ) <br> _____) | Case No. 1:14-cv-289 <br><br> Honorable Paul L. Maloney |

**JUDGMENT**

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.

Dated:  February 16, 2017         /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge